STATE OF NEW JERSEY v. EDWARD J. CANNON.

October 4, 1983.

ORDERED that the motion for leave to appeal is granted and the matter is summarily remanded to the Superior Court, Law

Division, Mercer County for reconsideration in light of *State v. J.C. Smith,* 92 *N.J.* 143 (1983).

Jurisdiction is not retained.